UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-CV-60287-DSL

HISCOX INSURANCE COMPANY INC.,

    Plaintiff,

v.

NIDAL RADWAN, RANIA RADWAN, OMEGA 1 TS INC., HALA ELMORSHEDY and TARAK SOLIMAN,

    Defendants.
_____/

## PLAINTIFF, HISCOX INSURANCE COMPANY INC.'S NOTICE OF SETTLEMENT

Plaintiff, Hiscox Insurance Company Inc. ("Hiscox"), by and through its undersigned counsel, and pursuant to S.D. Fla. Local Rule 16.2(f) and 16.4, hereby inform the Court that a settlement has been reached between Hiscox and Defendants, Nidal Radwan and Rania Radwan.

Hiscox intends to file a Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) shortly based on this settlement and its impact on the entire pending declaratory relief action

Dated: September 20, 2024
       West Palm Beach, Florida

                              */s/ Dustin C. Blumenthal*
                By:   Dustin C. Blumenthal
                      Florida Bar No. 083799
                      E-mail: dblumenthal@goldbergsegalla.com
                      **GOLDBERG SEGALLA LLP**
                      500 S. Australian Ave., Ste. 1000
                      West Palm Beach, FL 33401
                      Tel:    (561) 618-4485
                      Fax:   (561) 618-4549

CASE NO. 0:24-CV-60287-DSL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with Case Management / Electronic Case Filing (CM/ECF), which will serve a copy of the foregoing on all counsel or parties of record, on **September 20, 2024.**

By:  */s/ Dustin C. Blumenthal*
     Dustin C. Blumenthal