UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-CV-60287-DSL

HISCOX INSURANCE COMPANY INC.,

    Plaintiff,

v.

NIDAL RADWAN, RANIA RADWAN, OMEGA 1 TS INC., HALA ELMORSHEDY and TARAK SOLIMAN,

    Defendants.
_____/

**<u>PLAINTIFF, HISCOX INSURANCE COMPANY INC.'S
PARTIALLY UNOPPOSED MOTION FOR DISMISSAL</u>**

Plaintiff, HISCOX INSURANCE COMPANY INC. ("Hiscox"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby moves this Court for the dismissal of this action, and states the following:

1. On February 21, 2024, Hiscox commenced this action for declaratory relief [D.E. 1] seeking a declaration as to its duties to defend and indemnify its insureds, Omega 1 TS Inc., Hala Elmorshedy and Tarak Soliman (the "Omega 1 Defendants"), in connection with an underlying action filed by Nidal Radwan and Rania Radwan (collectively the "Claimants") and the default final judgment rendered in the Claimants favor against the Omega 1 Defendants.

2. On September 20, 2024, Hiscox filed with this Court a Notice of Settlement [D.E. 52], informing the Court that Hiscox and Claimants reached a settlement. This settlement resolves Hiscox's participation as a potential judgment debtor in the proceedings supplementary of the underlying action, and provides Claimants with a certain amount of monetary consideration, which

42950608.v1

CASE NO. 0:24-CV-60287-DSL

would act as both a set-off towards the Omega 1 Defendants pending judgment, as well as a preclusion of any claims or damages that could arise under the policies of insurance issued by Hiscox to Omega 1 TS, Inc.

3. Moreover, upon receipt of the settlement funds from Hiscox, the Claimants have agreed to file a Notice of Partial Satisfaction of Judgment in the underlying action, to the extent of the settlement amount agreed upon by Hiscox and Claimants.

4. On September 23, 2024, this Honorable Court instructed Hiscox to file dismissal documents within (30) days.

5. The undersigned counsel has conferred with counsel for Claimants, who does not oppose the relief sought in this motion, i.e., a dismissal of this pending declaratory relief action.

**WHEREFORE**, Plaintiff, Hiscox Insurance Company Inc., respectfully requests that this Honorable Court dismiss this action, and for such other relief as this Court deems just and proper.

## CERTIFICATION OF GOOD FAITH CONFERRAL

The undersigned certifies that he has made reasonable efforts to confer with Claimants and the Omega 1 Defendants regarding the relief sought in this motion. To date, the undersigned has not been in communication with any representative for the Omega 1 Defendants, which is consistent with prior emails the undersigned sent to the Omega 1 Defendants to engage in a Rule 16.1 case management conference. Counsel for Claimants does not oppose the relief sought in this motion, as stated in paragraph 4 of the motion.

CASE NO. 0:24-CV-60287-DSL

Dated: October 22, 2024
West Palm Beach, Florida

                */s/ Dustin C. Blumenthal*
By:   Dustin C. Blumenthal
       Florida Bar No. 083799
       E-mail: dblumenthal@goldbergsegalla.com

**GOLDBERG SEGALLA LLP**
500 S. Australian Ave., Ste. 1000
West Palm Beach, FL 33401
Tel:   (561) 618-4485
Fax:  (561) 618-4549

*Counsel for Hiscox Insurance Company Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with Case Management / Electronic Case Filing (CM/ECF), which will serve a copy of the foregoing on all counsel or parties of record, on **October 22, 2024.**

                */s/ Dustin C. Blumenthal*
By:   Dustin C. Blumenthal

42950608.v1